William Elliott Construction
9707 Woodlands Dr.
Fishers, IN 46038

American General Financial Services
c/o Steven Andrews, Attorney
9247 N. Meridian St., Suite 200
Indianapolis, IN 46260

American General Financial Services
PO Box 50346
Indianapolis, IN 46250

American General Financial Services
5751 E. 86th St.
Indianapolis, IN 46250

Arizona Public Service
c/o NCO Financial Systems
PO Box 4935
Trenton, NJ 08650-4935

Arizona Public Service
c/o NCO Financial Systems
507 Prudential Road
Horsham, PA 19044

AT&T Universal Card
PO Box 44167
Jacksonville, FL 32231-4167

Bank of America
PO Box 15019
Wilmington, DE 19886-5019

Bank of America
PO Box 15027
Wilmington, DE 19850-5027

Bank of America
PO Box 15026
Wilmington, DE 19850-5026

Beneficial Indiana, Inc.
c/o Javitch, Block & Rathbone LLP
303 N. Alabama St. #340
Indianapolis, IN 46204

Beneficial Indiana, Inc.
c/o Javitch, Block & Rathbone LLP
1100 Superior Ave., 18th Flr.
Cleveland, OH 44114-2518

Brad Cohron
c/o Larry Pleasants, Atty.
7508 Madison Ave.
Indianapolis, IN 46227

Chase Auto Finance
PO Box 9001937
Louisville, KY 40290-1937

Chase Bank - Visa
Bank One Card Services
800 Brook Sedge Blvd.
Westerville, OH 43081

Citifinancial
PO Box 913
Owings Mills, MD 21117

Citifinancial
PO Box 499
Hanover, MD 21076

Citifinancial
6625 E. 82nd St.
Indianapolis, IN 46250

Community Anesthesia
c/o IMC
PO Box 20636
Indianapolis, IN 46220

Community Health Network
c/o Med Shield
PO Box 55707
Indianapolis, IN 46205

Community Health Network
c/o Med Shield
PO Box 55707
Indianapolis, IN 46205

Cox Communications
c/o Credit Corp.
11821 Rock Landing Dr.
Newport News, VA 23606

Crossings
c/o Allied Interstate
PO Box 5023
New York, NY 10163

Crossings
c/o Penn Credit Corporation
PO Box 988
Harrisburg, PA 17108-0988

Crossings
PO Box 916536
Indianapolis, IN 46291

Dermatopathology Laboratory, Inc.
c/o Central Collection Bureau
7510 S. Madison Ave.
Indianapolis, IN 46227

Dermatopathology Laboratory, Inc.
c/o Central Collection Bureau
PO Box 17400
Indianapolis, IN 46217

Dermatopathology Laboratory, Inc.
9292 N. Meridian St., Suite 210
Indianapolis, IN 46260

Diamond Resorts FS
10600 W. Charleston Blvd.
Las Vegas, NV 89135

Discover Card
PO Box 6103
Carol Stream, IL 60197-6103

Discover Card
PO Box 30943
Salt Lake City, UT 84130

Ford Credit
PO Box 790093
St. Louis, MO 63179-0093

Foundation Management, Inc.
c/o Alliance One
PO Box 2449
Gig Harbor, WA 98335-2449

Foundation Management, Inc.
4545 East 96th Street
PO Box 40909
Indianapolis, IN 46240

GMAC Mortgage
3451 Hammond Ave.
Waterloo, IA 50702

Indoor Air Management
c/o August & Associates
3707 N. Shadeland Ave.
Indianapolis, IN 46226

Irvington Radiologists
PO Box 6069 Dept. 108
Indianapolis, IN 46206-6069

Irvington Radiologists
7340 Shadeland Station, Suite 200
Indianapolis, IN 46256

Joseph M. Schlosser
c/o Christine Hickey, Atty.
342 Massachusetts Ave. #500
Indianapolis, IN 46204

Joseph M. Schlosser
1501 Barton Springs Rd. #207
Austin, TX 78704

Louis Balogh
10952 Mt. Vernon Trail North
Indianapolis, IN 46229

Louis Balogh
Rose Balogh
10952 Mt. Vernon Trail North
Indianapolis, IN 46229

M.D. Restoration, Inc.
10605 Deme Dr., Suite F
Indianapolis, IN 46236

M.D. Restoration, Inc.
PO Box 433
New Palestine, IN 46163

Macy's
PO Box 689194
Des Moines, IA 50368-9194

Mid America Clinical Labs
c/o AMCA
PO Box 1235
Elmsford, NY 10523-0935

Mid America Clinical Labs
c/o Credit Collection Services
Two Wells Ave, Dept 587
Newton, MA 02459

Mid America Clinical Labs
c/o AMCA
2269 Saw Mill River Rd., Bldg. 3
Elmsford, NY 10523

Mid America Clinical Labs
c/o C.C.S.-Check Processing Ctr.-27
PO Box 55126
Boston, MA 02205-5126

Northwest Radiology Network
c/o IMC Credit Services
PO Box 20636
Indianapolis, IN 46220

Osman Clinic & Assoc.
4040 W. 86th St.
Indianapolis, IN 46268

Put Your Feet First, PC
c/o HCI
PO Box 82910
Phoenix, AZ 85071-2910

Put Your Feet First, PC
c/o Scottsdale Collection Services
Dept. 2113
Denver, CO 80291-0001

Southwest Gas
c/o BYL Services
301 Lacey Street
West Chester, PA 19382

Wachovia
4101 Wiseman Blvd.
San Antonio, TX 78251-4201

Wallack Somers & Haas, P.C.
One Indiana Square, Suite 1500
Indianapolis, IN 46204

William Elliott Construction
c/o Jan Edward Helbert, Atty.
1660 OBara Court
Carmel, IN 46033

# United States Bankruptcy Court
# Southern District of Indiana

## Voluntary Petition

| Debtor | Joint Debtor |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **Carroll, Steven, Ashley** | Name of Joint Debtor (Spouse) (Last, First, Middle): **Carroll, Terri, Balogh** |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **a/k/a Steven A. Carroll**<br>**a/k/a Steven Carroll**<br>**a/k/a Steve Carroll** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): **a/k/a Terri B. Carroll**<br>**a/k/a Terri Carroll** |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **1475** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **7753** |
| Street Address of Debtor (No. & Street, City, and State): **8205 Admirals Landing Pl.**<br>**Indianapolis, IN**<br>ZIP CODE **46236** | Street Address of Joint Debtor (No. & Street, City, and State): **8205 Admirals Landing Pl.**<br>**Indianapolis, IN**<br>ZIP CODE **46236** |
| County of Residence or of the Principal Place of Business: **Marion** | County of Residence or of the Principal Place of Business: **Marion** |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above):

ZIP CODE

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- ☑ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) ______________________

**Nature of Business**
(Check **one** box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**

- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

**Check all applicable boxes**

- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Steven Ashley Carroll, Terri Balogh Carroll** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

**X /s/Gary L. Dilk** **4/17/2009**

Signature of Attorney for Debtor(s) Date

**Gary L. Dilk** **4750-49**

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

(Name of landlord that obtained judgment)

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Steven Ashley Carroll, Terri Balogh Carroll**

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Steven Ashley Carroll**
Signature of Debtor **Steven Ashley Carroll**

X **/s/ Terri Balogh Carroll**
Signature of Joint Debtor **Terri Balogh Carroll**

Telephone Number (If not represented by attorney)

**4/17/2009**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

❑ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

❑ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

**Signature of Attorney**

X **/s/Gary L. Dilk**
Signature of Attorney for Debtor(s)

**Gary L. Dilk Bar No. 4750-49**
Printed Name of Attorney for Debtor(s) / Bar No.

**Gary L. Dilk, Attorney at Law**
Firm Name

**608 East Market Street Indianapolis, Indiana 46202**
Address

**317-631-6866** **317-685-2329**
Telephone Number

**4/17/2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B6A (Official Form 6A) (12/07)

In re: Steven Ashley Carroll Terri Balogh Carroll,
Debtors

Case No. ____________
(If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **8205 Admirals Landings Indianapolis, IN 46236**<br><br>**Purchased 1999 for $187,000.00. Titled as husband and wife; 2 sty; 3 br; 2 1/2 ba; 2 car gar; Debtors believe property now worth $205,000.00 based upon its condition and comparable sales. Assessor values property at $231,400.00; Parcel #4031226. Debtors to retain house.** | **Fee Owner** | **J** | **$ 205,000.00** | **$ 242,843.49** |
| | | **Total** ➤ | **$ 205,000.00** | |

(Report also on Summary of Schedules.)

**B6B (Official Form 6B) (12/07)**

In re **Steven Ashley Carroll Terri Balogh Carroll**, Debtors

Case No. ____________ (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on Hand** | **J** | **20.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Bank - Savings Joint with child** | **W** | **50.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Huntington Bank - Checking** | **W** | **50.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | **X** | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods and Furnishings** | **J** | **3,500.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Artwork** | **J** | **300.00** |
| Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books** | **J** | **50.00** |
| 6. Wearing apparel. | | **Wearing Apparel** | **J** | **600.00** |
| 7. Furs and jewelry. | | **Earrings/necklace** | **W** | **900.00** |
| Furs and jewelry. | | **Necklace** | **H** | **25.00** |
| Furs and jewelry. | | **Watch** | **H** | **200.00** |
| Furs and jewelry. | | **Wedding Band** | **H** | **100.00** |
| Furs and jewelry. | | **Wedding Ring** | **W** | **1,500.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | **X** | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Employer sponsored life - Term** | **W** | **0.00** |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **MetLife Ins. - Term** | **H** | **0.00** |
| 10. Annuities. Itemize and name each issuer. | **X** | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Steven Ashley Carroll Terri Balogh Carroll**, Case No. ______________________

Debtors (If known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Life Time Fitness 401(K) Retirement** | **W** | **38,000.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Wages earned, but not paid - 100%** | **J** | **Unknown** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Mercury Monterey Van (101,000 miles)** | **H** | **2,000.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Volvo Sedan** | **W** | **15,000.00** |
| 26. Boats, motors, and accessories. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Steven Ashley Carroll Terri Balogh Carroll**, Debtors

Case No. ____________ (If known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Hand/Power Tools** | **J** | **50.00** |
| Other personal property of any kind not already listed. Itemize. | | **Lawn Mower/Riding Lawn Mower** | **J** | **300.00** |

2 continuation sheets attached

Total ➤ **$ 62,645.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re **Steven Ashley Carroll Terri Balogh Carroll**, Debtors

Case No. ____________ (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **2005 Volvo Sedan** | **Ind. Code § 34-55-10-2(c )(2)** | **1,000.00** | **15,000.00** |
| **Artwork** | **Ind. Code § 34-55-10-2(c )(2)** | **300.00** | **300.00** |
| **Books** | **Ind. Code § 34-55-10-2(c )(2)** | **50.00** | **50.00** |
| **Cash on Hand** | **Ind. Code § 34-55-10-2(c )(2)** | **20.00** | **20.00** |
| **Chase Bank - Savings Joint with child** | **Ind. Code § 34-55-10-2(c )(2)** | **50.00** | **50.00** |
| **Earrings/necklace** | **Ind. Code § 34-55-10-2(c )(2)** | **900.00** | **900.00** |
| **Hand/Power Tools** | **Ind. Code § 34-55-10-2(c )(2)** | **50.00** | **50.00** |
| **Household Goods and Furnishings** | **Ind. Code § 34-55-10-2(c )(2)** | **3,500.00** | **3,500.00** |
| **Huntington Bank - Checking** | **Ind. Code § 34-55-10-2(c )(2)** | **50.00** | **50.00** |
| **Lawn Mower/Riding Lawn Mower** | **Ind. Code § 34-55-10-2(c )(2)** | **300.00** | **300.00** |
| **Life Time Fitness 401(K) Retirement** | **Ind. Code § 34-55-10-2(c)(6)** | **38,000.00** | **38,000.00** |
| **Necklace** | **Ind. Code § 34-55-10-2(c )(2)** | **25.00** | **25.00** |
| **Wages earned, but not paid - 100%** | **Ind. Code § 24-4.5-5-105 (2)** | **Unknown** | **Unknown** |
| **Watch** | **Ind. Code § 34-55-10-2(c )(2)** | **200.00** | **200.00** |
| **Wearing Apparel** | **Ind. Code § 34-55-10-2(c )(2)** | **600.00** | **600.00** |
| **Wedding Band** | **Ind. Code § 34-55-10-2(c )(2)** | **100.00** | **100.00** |
| **Wedding Ring** | **Ind. Code § 34-55-10-2(c )(2)** | **1,500.00** | **1,500.00** |

B6D (Official Form 6D) (12/07)

In re Steven Ashley Carroll Terri Balogh Carroll , Case No. ____________
Debtors (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

❑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>American General Financial Services<br>c/o Steven Andrews, Attorney<br>9247 N. Meridian St., Suite 200<br>Indianapolis, IN 46260<br><br>American General Financial Services<br>PO Box 50346<br>Indianapolis, IN 46250<br><br>American General Financial Services<br>5751 E. 86th St.<br>Indianapolis, IN 46250 | | H | 9/24/02<br>Judgment Lien<br>8205 Admirals Landings<br>Indianapolis, IN 46236<br><br>Purchased 1999 for $187,000.00. Titled as husband and wife; 2 sty; 3 br; 2 1/2 ba; 2 car gar; Debtors believe property now worth $205,000.00 based upon its condition and comparable sales. Assessor values property at $231,400.00; Parcel #4031226. Debtors to retain house.<br><br>VALUE $205,000.00 | | | | 6,873.09 | 6,873.09 |
| ACCOUNT NO. 49D13-0412-CC-002424<br><br>Beneficial Indiana, Inc.<br>c/o Javitch, Block & Rathbone LLP<br>303 N. Alabama St. #340<br>Indianapolis, IN 46204<br><br>Beneficial Indiana, Inc.<br>c/o Javitch, Block & Rathbone LLP<br>1100 Superior Ave., 18th Flr.<br>Cleveland, OH 44114-2518 | | H | Judgment Lien<br>8205 Admirals Landings<br>Indianapolis, IN 46236<br><br>Purchased 1999 for $187,000.00. Titled as husband and wife; 2 sty; 3 br; 2 1/2 ba; 2 car gar; Debtors believe property now worth $205,000.00 based upon its condition and comparable sales. Assessor values property at $231,400.00; Parcel #4031226. Debtors to retain house.<br><br>VALUE $205,000.00 | | | | 8,427.86 | 8,427.86 |

5 continuation sheets attached

| | | |
|---|---|---|
| Subtotal ➢ (Total of this page) | $ 15,300.95 | $ 15,300.95 |
| Total ➢ (Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07)- Cont.

In re Steven Ashley Carroll Terri Balogh Carroll, Debtors

Case No. ________ (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 49D13-0710-CC-043595<br>Brad Cohron<br>c/o Larry Pleasants, Atty.<br>7508 Madison Ave.<br>Indianapolis, IN 46227 | | H | 8/22/08<br>Judgment Lien<br>8205 Admirals Landings<br>Indianapolis, IN 46236<br><br>Purchased 1999 for $187,000.00. Titled as husband and wife; 2 sty; 3 br; 2 1/2 ba; 2 car gar; Debtors believe property now worth $205,000.00 based upon its condition and comparable sales. Assessor values property at $231,400.00; Parcel #4031226. Debtors to retain house.<br>VALUE $205,000.00 | | | | 37,322.50 | 37,322.50 |
| ACCOUNT NO.<br>Chase Auto Finance<br>PO Box 9001937<br>Louisville, KY 40290-1937 | X | W | 2/2009<br>Auto Loan<br>2005 Volvo Sedan<br>VALUE $15,000.00 | | | | 14,000.00 | 0.00 |
| ACCOUNT NO.<br>Ford Credit<br>PO Box 790093<br>St. Louis, MO 63179-0093 | | H | 11/2004<br>Auto Loan<br>2004 Mercury Monterey Van (101,000 miles)<br>VALUE $2,000.00 | | | | 4,233.65 | 2,233.65 |

Sheet no. 1 of 5 continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal ➢ (Total of this page) | $ 55,556.15 | $ 39,556.15 |
| Total ➢ (Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07)- Cont.

In re Steven Ashley Carroll Terri Balogh Carroll, Debtors

Case No. ______ (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 49D10-0105-CP-000748<br>Foundation Management, Inc.<br>4545 East 96th Street<br>PO Box 40909<br>Indianapolis, IN 46240<br><br>Foundation Management, Inc.<br>c/o Alliance One<br>PO Box 2449<br>Gig Harbor, WA 98335-2449 | | J | 6/2002<br>Judgment Lien<br>8205 Admirals Landings<br>Indianapolis, IN 46236<br><br>Purchased 1999 for $187,000.00. Titled as husband and wife; 2 sty; 3 br; 2 1/2 ba; 2 car gar; Debtors believe property now worth $205,000.00 based upon its condition and comparable sales. Assessor values property at $231,400.00; Parcel #4031226. Debtors to retain house.<br><br>VALUE $205,000.00 | | | | 59,742.51 | 59,742.51 |
| ACCOUNT NO.<br>GMAC Mortgage<br>3451 Hammond Ave.<br>Waterloo, IA 50702 | | J | 2001<br>Second Mortgage<br>8205 Admirals Landings<br>Indianapolis, IN 46236<br><br>Purchased 1999 for $187,000.00. Titled as husband and wife; 2 sty; 3 br; 2 1/2 ba; 2 car gar; Debtors believe property now worth $205,000.00 based upon its condition and comparable sales. Assessor values property at $231,400.00; Parcel #4031226. Debtors to retain house.<br><br>VALUE $205,000.00 | | | | 53,306.36 | 37,843.50 |

Sheet no. 2 of 5 continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal ➢ (Total of this page) | $ 113,048.87 | $ 97,586.01 |
| Total ➢ (Use only on last page) | $ | $ |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re Steven Ashley Carroll Terri Balogh Carroll, Debtors

Case No. (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 49D13-0412-CC-002424<br>Indoor Air Management<br>c/o August & Associates<br>3707 N. Shadeland Ave.<br>Indianapolis, IN 46226 | | J | 2005<br>Services<br><br>VALUE $0.00 | | | X | 0.00 | 0.00 |
| ACCOUNT NO. 49D03-0108-CP-001360<br>Joseph M. Schlosser<br>c/o Christine Hickey, Atty.<br>342 Massachusetts Ave. #500<br>Indianapolis, IN 46204<br><br>Joseph M. Schlosser<br>1501 Barton Springs Rd. #207<br>Austin, TX 78704 | | H | 10/17/02<br>Judgment Lien<br>8205 Admirals Landings<br>Indianapolis, IN 46236<br><br>Purchased 1999 for $187,000.00. Titled as husband and wife; 2 sty; 3 br; 2 1/2 ba; 2 car gar; Debtors believe property now worth $205,000.00 based upon its condition and comparable sales. Assessor values property at $231,400.00; Parcel #4031226. Debtors to retain house.<br><br>VALUE $205,000.00 | | | | 16,287.55 | 16,287.55 |

Sheet no. 3 of 5 continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal ➢ (Total of this page) | $ 16,287.55 | $ 16,287.55 |
| Total ➢ (Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07)- Cont.

In re Steven Ashley Carroll Terri Balogh Carroll , Case No. ______________
Debtors (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**M.D. Restoration, Inc.<br>PO Box 433<br>New Palestine, IN 46163**<br><br>**M.D. Restoration, Inc.<br>10605 Deme Dr., Suite F<br>Indianapolis, IN 46236** | | J | **2005<br>Mechanic's Lien<br>8205 Admirals Landings<br>Indianapolis, IN 46236**<br><br>**Purchased 1999 for $187,000.00. Titled as husband and wife; 2 sty; 3 br; 2 1/2 ba; 2 car gar; Debtors believe property now worth $205,000.00 based upon its condition and comparable sales. Assessor values property at $231,400.00; Parcel #4031226. Debtors to retain house.**<br><br>**VALUE $205,000.00** | | | | **9,618.86** | **9,618.86** |
| ACCOUNT NO.<br>**Wachovia<br>4101 Wiseman Blvd.<br>San Antonio, TX 78251-4201** | | J | **1999<br>First Mortgage<br>8205 Admirals Landings<br>Indianapolis, IN 46236**<br><br>**Purchased 1999 for $187,000.00. Titled as husband and wife; 2 sty; 3 br; 2 1/2 ba; 2 car gar; Debtors believe property now worth $205,000.00 based upon its condition and comparable sales. Assessor values property at $231,400.00; Parcel #4031226. Debtors to retain house.**<br><br>**VALUE $205,000.00** | | | | **143,801.38** | **0.00** |

Sheet no. 4 of 5 continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal ➢<br>(Total of this page) | $ **153,420.24** | $ **9,618.86** |
| Total ➢<br>(Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07)- Cont.

In re Steven Ashley Carroll Terri Balogh Carroll, Debtors

Case No. ______ (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 49D12-0604-CC-014610<br>William Elliott Construction<br>c/o Jan Edward Helbert, Atty.<br>1660 OBara Court<br>Carmel, IN 46033<br><br>William Elliott Construction<br>9707 Woodlands Dr.<br>Fishers, IN 46038 | | J | 11/17/2008<br>Judgment Lien<br>8205 Admirals Landings<br>Indianapolis, IN 46236<br><br>Purchased 1999 for $187,000.00. Titled as husband and wife; 2 sty; 3 br; 2 1/2 ba; 2 car gar; Debtors believe property now worth $205,000.00 based upon its condition and comparable sales. Assessor values property at $231,400.00; Parcel #4031226. Debtors to retain house.<br><br>VALUE $205,000.00 | | | | 45,735.75 | 45,735.75 |

Sheet no. 5 of 5 continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal ➢ (Total of this page) | $ 45,735.75 | $ 45,735.75 |
| Total ➢ (Use only on last page) | $ 399,349.51 | $ 224,085.27 |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

**B6E (Official Form 6E) (12/07)**

**In re** **Steven Ashley Carroll Terri Balogh Carroll**, Debtors **Case No.** ______ (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**1 continuation sheets attached**

**B6E (Official Form 6E) (12/07) – Cont.**

**In re** **Steven Ashley Carroll Terri Balogh Carroll**,
Debtors

**Case No.** ____________________
(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

| **CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*)** | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | **DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM** | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | **$0.00** |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals ➤ (Totals of this page) | $ **0.00** | $ **0.00** | $ **0.00** |
| Total ➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **0.00** | | |
| Total ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ **0.00** | $ **0.00** |

B6F (Official Form 6F) (12/07)

In re Steven Ashley Carroll Terri Balogh Carroll, Debtors

Case No. ______________ (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

❑ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Arizona Public Service<br>c/o NCO Financial Systems<br>PO Box 4935<br>Trenton, NJ 08650-4935**<br><br>**Arizona Public Service<br>c/o NCO Financial Systems<br>507 Prudential Road<br>Horsham, PA 19044** | | J | **2007**<br>**Utility Services** | | | | **335.86** |
| ACCOUNT NO.<br>**AT&T Universal Card<br>PO Box 44167<br>Jacksonville, FL 32231-4167** | | W | **7/08**<br>**Charges** | | | | **615.01** |
| ACCOUNT NO. **9077**<br>**Bank of America<br>PO Box 15019<br>Wilmington, DE 19886-5019**<br><br>**Bank of America<br>PO Box 15027<br>Wilmington, DE 19850-5027** | | W | **2007**<br>**Consolidation loan for charges from 2003 to 2007** | | | | **30,437.22** |

6 Continuation sheets attached

Subtotal ➤ $ **31,388.09**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re **Steven Ashley Carroll Terri Balogh Carroll**, Debtors

Case No. ______________ (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5929<br>Bank of America<br>PO Box 15019<br>Wilmington, DE 19886-5019<br><br>Bank of America<br>PO Box 15026<br>Wilmington, DE 19850-5026 | | W | 2005 - 2008<br>Charges | | | | 11,709.44 |
| ACCOUNT NO.<br>Chase Auto Finance<br>PO Box 9001937<br>Louisville, KY 40290-1937 | | W | 2/2009<br>Deficiency upon repossession of 2004 BMWX5 | | X | | Unknown |
| ACCOUNT NO. 3 accounts<br>Chase Bank - Visa<br>Bank One Card Services<br>800 Brook Sedge Blvd.<br>Westerville, OH 43081 | | J | 2006-2007<br>Charges | | | | 45,956.00 |
| ACCOUNT NO.<br>Citifinancial<br>PO Box 499<br>Hanover, MD 21076<br><br>Citifinancial<br>6625 E. 82nd St.<br>Indianapolis, IN 46250<br><br>Citifinancial<br>PO Box 913<br>Owings Mills, MD 21117 | | H | Unsecured Loan | | | | 4,356.00 |

Sheet no. 1 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 62,021.44

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Steven Ashley Carroll Terri Balogh Carroll, Debtors

Case No. ______________ (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Community Anesthesia<br>c/o IMC<br>PO Box 20636<br>Indianapolis, IN 46220 | | W | 2007<br>Medical Services | | | | 241.66 |
| ACCOUNT NO.<br>Community Health Network<br>c/o Med Shield<br>PO Box 55707<br>Indianapolis, IN 46205 | | W | 2008<br>Medical Services | | | | 568.43 |
| ACCOUNT NO. 3113<br>Community Health Network<br>c/o Med Shield<br>PO Box 55707<br>Indianapolis, IN 46205 | | H | 2007<br>Medical Services | | | | 341.72 |
| ACCOUNT NO.<br>Cox Communications<br>c/o Credit Corp.<br>11821 Rock Landing Dr.<br>Newport News, VA 23606 | | H | 2007<br>Services | | | | 590.00 |

Sheet no. 2 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 1,741.81

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Steven Ashley Carroll Terri Balogh Carroll, Debtors

Case No. ______________ (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Crossings<br>PO Box 916536<br>Indianapolis, IN 46291<br><br>Crossings<br>c/o Allied Interstate<br>PO Box 5023<br>New York, NY 10163<br><br>Crossings<br>c/o Penn Credit Corporation<br>PO Box 988<br>Harrisburg, PA 17108-0988 | | H | 2008<br>Purchases | | | | 98.38 |
| ACCOUNT NO.<br>Dermatopathology Laboratory, Inc.<br>9292 N. Meridian St., Suite 210<br>Indianapolis, IN 46260<br><br>Dermatopathology Laboratory, Inc.<br>c/o Central Collection Bureau<br>PO Box 17400<br>Indianapolis, IN 46217<br><br>Dermatopathology Laboratory, Inc.<br>c/o Central Collection Bureau<br>7510 S. Madison Ave.<br>Indianapolis, IN 46227 | | H | 2007<br>Medical Services | | | | 141.63 |
| ACCOUNT NO.<br>Diamond Resorts FS<br>10600 W. Charleston Blvd.<br>Las Vegas, NV 89135 | | W | 2000<br>Deficiency on 2000 time share purchase | | | X | 0.00 |

Sheet no. 3 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 240.01

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Steven Ashley Carroll Terri Balogh Carroll, Debtors

Case No. ______________ (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Discover Card<br>PO Box 6103<br>Carol Stream, IL 60197-6103<br><br>Discover Card<br>PO Box 30943<br>Salt Lake City, UT 84130 | | W | 2005 - 2008<br>Charges | | | | 10,470.15 |
| ACCOUNT NO.<br>Irvington Radiologists<br>7340 Shadeland Station, Suite 200<br>Indianapolis, IN 46256<br><br>Irvington Radiologists<br>PO Box 6069 Dept. 108<br>Indianapolis, IN 46206-6069 | | W | 2008<br>Medical Services | | | | 170.02 |
| ACCOUNT NO.<br>Macy's<br>PO Box 689194<br>Des Moines, IA 50368-9194 | X | W | 2008<br>Charges | | | | 2,755.40 |

Sheet no. 4 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 13,395.57

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Steven Ashley Carroll Terri Balogh Carroll, Debtors

Case No. ______________ (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Mid America Clinical Labs<br>c/o AMCA<br>PO Box 1235<br>Elmsford, NY 10523-0935<br><br>Mid America Clinical Labs<br>c/o AMCA<br>2269 Saw Mill River Rd., Bldg. 3<br>Elmsford, NY 10523<br><br>Mid America Clinical Labs<br>c/o Credit Collection Services<br>Two Wells Ave, Dept 587<br>Newton, MA 02459<br><br>Mid America Clinical Labs<br>c/o C.C.S.-Check Processing Ctr.-27<br>PO Box 55126<br>Boston, MA 02205-5126 | | H | 6/30/06<br>Medical Services | | | | 222.30 |
| ACCOUNT NO.<br>Northwest Radiology Network<br>c/o IMC Credit Services<br>PO Box 20636<br>Indianapolis, IN 46220 | | H | 2006<br>Medical Services | | | | 233.21 |
| ACCOUNT NO.<br>Osman Clinic & Assoc.<br>4040 W. 86th St.<br>Indianapolis, IN 46268 | | H | 2008<br>Medical Services | | | | 139.98 |

Sheet no. 5 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 595.49

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Steven Ashley Carroll Terri Balogh Carroll, Debtors

Case No. ______________ (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Put Your Feet First, PC<br>c/o Scottsdale Collection Services<br>Dept. 2113<br>Denver, CO 80291-0001<br><br>Put Your Feet First, PC<br>c/o HCI<br>PO Box 82910<br>Phoenix, AZ 85071-2910 | | H | 2007<br>Medical Services | | | | 458.99 |
| ACCOUNT NO.<br>Southwest Gas<br>c/o BYL Services<br>301 Lacey Street<br>West Chester, PA 19382 | | J | 2008<br>Utilities | | | | 96.00 |
| ACCOUNT NO.<br>Wallack Somers & Haas, P.C.<br>One Indiana Square, Suite 1500<br>Indianapolis, IN 46204 | | H | 2004<br>Attorney fees | | | | 2,000.00 |

Sheet no. 6 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 2,554.99

Total ➤ $ 111,937.40

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re: Steven Ashley Carroll Terri Balogh Carroll, Debtors

Case No. ______________ (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
| | |

B6H (Official Form 6H) (12/07)

In re: Steven Ashley Carroll Terri Balogh Carroll, Debtors

Case No. ______________ (If known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Louis Balogh**<br>**Rose Balogh**<br>**10952 Mt. Vernon Trail North**<br>**Indianapolis, IN 46229** | **Chase Auto Finance**<br>**PO Box 9001937**<br>**Louisville, KY 40290-1937** |
| **Louis Balogh**<br>**10952 Mt. Vernon Trail North**<br>**Indianapolis, IN 46229** | **Macy's**<br>**PO Box 689194**<br>**Des Moines, IA 50368-9194** |

B6I (Official Form 6I) (12/07)

In re **Steven Ashley Carroll Terri Balogh Carroll**, Debtors

Case No. ____________ (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | **Child** | **11** |
| | **Child** | **5** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Sales Representative** | **Life Spa Dept. Manager** |
| Name of Employer | **Luminetx** | **Lifetime Fitness** |
| How long employed | **1 year** | **9 years** |
| Address of Employer | **1256 Union Avenue<br>Memphis, TN** | **8705 Castle Creek Pkwy.<br>Indianapolis, IN 46250** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 2,166.67 | $ 3,966.67 |
| 2. Estimate monthly overtime | $ 0.00 | $ 700.00 |
| 3. SUBTOTAL | $ 2,166.67 | $ 4,666.67 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 498.33 | $ 1,073.18 |
| b. Insurance | $ 0.00 | $ 223.32 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify) **401(K)** | $ 0.00 | $ 20.00 |
| **Life Ins.** | $ 0.00 | $ 27.00 |
| **STD** | $ 0.00 | $ 23.06 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 498.33 | $ 1,366.56 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 1,668.34 | $ 3,300.11 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or other government assistance (Specify) | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify) | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 1,668.34 | $ 3,300.11 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 4,968.45 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

B6I (Official Form 6I) (12/07) - Cont.

In re **Steven Ashley Carroll Terri Balogh Carroll**, Debtors — Case No. ______ (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**Wife's base salary $47,600.00/year, plus expected performance pay of $8,400.00.**
**Husband's indepdent commissioned sales person expects gross income of $40,000.00 for 2009 with business expenses of $14,000.00**

**B6J (Official Form 6J) (12/07)**

**In re** Steven Ashley Carroll Terri Balogh Carroll, **Debtors** **Case No.** ______________ **(If known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,108.98 |
| a. Are real estate taxes included? Yes ____ No ✓ | | |
| b. Is property insurance included? Yes ____ No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 205.70 |
| b. Water and sewer | $ | 72.95 |
| c. Telephone | $ | 153.29 |
| d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 850.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 20.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 175.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 80.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 158.93 |
| b. Life | $ | 21.00 |
| c. Health | $ | 130.00 |
| d. Auto | $ | 127.23 |
| e. Other **Dental/Vision Insurance** | $ | 88.00 |
| **Luke Carroll's Pre-School** | $ | 600.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 1,066.33 |
| b. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 6,107.41 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
| a. Average monthly income from Line 15 of Schedule I | $ | 4,968.45 |
| b. Average monthly expenses from Line 18 above | $ | 6,107.41 |
| c. Monthly net income (a. minus b.) | $ | -1,138.96 |

B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court
## Southern District of Indiana

In re **Steven Ashley Carroll Terri Balogh Carroll**, Debtors

Case No. ______

Chapter 7

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 205.000.00 | | |
| B - Personal Property | YES | 3 | $ 62.645.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 6 | | $ 399.349.51 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 7 | | $ 111.937.40 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $ 4.968.45 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 6.107.41 |
| TOTAL | | 25 | $ 267,645.00 | $ 511,286.91 | |

**Form 6 - Statistical Summary (12/07)**

## United States Bankruptcy Court
## Southern District of Indiana

In re **Steven Ashley Carroll Terri Balogh Carroll**, Debtors

Case No. ______

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ **0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ **0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ **0.00** |
| Student Loan Obligations (from Schedule F) | $ **0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ **0.00** |
| TOTAL | $ **0.00** |

### State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ **4,968.45** |
| Average Expenses (from Schedule J, Line 18) | $ **6,107.41** |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ **4,301.63** |

### State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $**224,085.27** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ **0.00** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $**0.00** |
| 4. Total from Schedule F | | $**111,937.40** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $**336,022.67** |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

**In re** Steven Ashley Carroll Terri Balogh Carroll, **Case No.** ____________
**Debtors** **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **27** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **4/17/2009** Signature: **/s/ Steven Ashley Carroll**
**Steven Ashley Carroll**
Debtor

Date: **4/17/2009** Signature: **/s/ Terri Balogh Carroll**
**Terri Balogh Carroll**
(Joint Debtor, if any)

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT APPLICABLE)

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

B 8 (Official Form 8) (12/08)

UNITED STATES BANKRUPTCY COURT
**Southern District of Indiana**

In re **Steven Ashley Carroll Terri Balogh Carroll**, Case No. ________
Debtors
Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

Property No. 1

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| **American General Financial Services** | **8205 Admirals Landings<br>Indianapolis, IN 46236<br><br>Purchased 1999 for $187,000.00. Titled as husband and wife; 2 sty; 3 br; 2 1/2 ba; 2 car gar; Debtors believe property now worth $205,000.00 based upon its condition and comparable sales. Assessor values property at $231,400.00; Parcel #4031226. Debtors to retain house.** |

Property will be *(check one)*:
- ☐ Surrendered
- ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain ____________________ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☑ Claimed as exempt
- ☐ Not claimed as exempt

Property No. 2

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| **Beneficial Indiana, Inc.** | **8205 Admirals Landings<br>Indianapolis, IN 46236<br><br>Purchased 1999 for $187,000.00. Titled as husband and wife; 2 sty; 3 br; 2 1/2 ba; 2 car gar; Debtors believe property now worth $205,000.00 based upon its condition and comparable sales. Assessor values property at $231,400.00; Parcel #4031226. Debtors to retain house.** |

Property will be *(check one)*:
☐ Surrendered ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain __________________ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☑ Claimed as exempt ☐ Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Brad Cohron** | **Describe Property Securing Debt:**<br>**8205 Admirals Landings**<br>**Indianapolis, IN 46236**<br><br>**Purchased 1999 for $187,000.00. Titled as husband and wife; 2 sty; 3 br; 2 1/2 ba; 2 car gar; Debtors believe property now worth $205,000.00 based upon its condition and comparable sales. Assessor values property at $231,400.00; Parcel #4031226. Debtors to retain house.** |

Property will be *(check one)*:
☐ Surrendered ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain __________________ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☑ Claimed as exempt ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Chase Auto Finance** | **Describe Property Securing Debt:**<br>**2005 Volvo Sedan** |

Property will be *(check one)*:
☐ Surrendered ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain __________________ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☐ Claimed as exempt ☑ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Ford Credit** | **Describe Property Securing Debt:**<br>**2004 Mercury Monterey Van**<br>**(101,000 miles)** |

Property will be *(check one)*:
☐ Surrendered ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain ____________________ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☐ Claimed as exempt ☑ Not claimed as exempt

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Foundation Management, Inc.** | **Describe Property Securing Debt:**<br>**8205 Admirals Landings**<br>**Indianapolis, IN 46236**<br><br>**Purchased 1999 for $187,000.00. Titled as husband and wife; 2 sty; 3 br; 2 1/2 ba; 2 car gar; Debtors believe property now worth $205,000.00 based upon its condition and comparable sales. Assessor values property at $231,400.00; Parcel #4031226. Debtors to retain house.** |

Property will be *(check one)*:
☐ Surrendered ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain ____________________ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☑ Claimed as exempt ☐ Not claimed as exempt

Property No. 7

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| GMAC Mortgage | 8205 Admirals Landings<br>Indianapolis, IN 46236<br><br>Purchased 1999 for $187,000.00. Titled as husband and wife; 2 sty; 3 br; 2 1/2 ba; 2 car gar; Debtors believe property now worth $205,000.00 based upon its condition and comparable sales. Assessor values property at $231,400.00; Parcel #4031226. Debtors to retain house. |

Property will be *(check one)*:
- ☐ Surrendered
- ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other. Explain ______________________ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt
- ☑ Not claimed as exempt

Property No. 8

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| Indoor Air Management | Services |

Property will be *(check one)*:
- ☐ Surrendered
- ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain ______________________ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☑ Claimed as exempt
- ☐ Not claimed as exempt

Property No. 9

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|

| | |
|---|---|
| **Joseph M. Schlosser** | **8205 Admirals Landings<br>Indianapolis, IN 46236<br><br>Purchased 1999 for $187,000.00. Titled as husband and wife; 2 sty; 3 br; 2 1/2 ba; 2 car gar; Debtors believe property now worth $205,000.00 based upon its condition and comparable sales. Assessor values property at $231,400.00; Parcel #4031226. Debtors to retain house.** |

Property will be *(check one)*:
☐ Surrendered ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain ______________________ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☑ Claimed as exempt ☐ Not claimed as exempt

Property No. 10

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **M.D. Restoration, Inc.** | **8205 Admirals Landings<br>Indianapolis, IN 46236<br><br>Purchased 1999 for $187,000.00. Titled as husband and wife; 2 sty; 3 br; 2 1/2 ba; 2 car gar; Debtors believe property now worth $205,000.00 based upon its condition and comparable sales. Assessor values property at $231,400.00; Parcel #4031226. Debtors to retain house.** |

Property will be *(check one)*:
☐ Surrendered ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain ______________________ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☑ Claimed as exempt ☐ Not claimed as exempt

Property No. 11

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|

| | |
|---|---|
| **Wachovia** | **8205 Admirals Landings**<br>**Indianapolis, IN 46236**<br><br>**Purchased 1999 for $187,000.00. Titled as husband and wife; 2 sty; 3 br; 2 1/2 ba; 2 car gar; Debtors believe property now worth $205,000.00 based upon its condition and comparable sales. Assessor values property at $231,400.00; Parcel #4031226. Debtors to retain house.** |

Property will be *(check one)*:

☐ Surrendered ☑ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain ________________ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:

☐ Claimed as exempt ☑ Not claimed as exempt

| Property No. 12 | |
|---|---|
| **Creditor's Name:**<br>**William Elliott Construction** | **Describe Property Securing Debt:**<br>**8205 Admirals Landings**<br>**Indianapolis, IN 46236**<br><br>**Purchased 1999 for $187,000.00. Titled as husband and wife; 2 sty; 3 br; 2 1/2 ba; 2 car gar; Debtors believe property now worth $205,000.00 based upon its condition and comparable sales. Assessor values property at $231,400.00; Parcel #4031226. Debtors to retain house.** |

Property will be *(check one)*:

☐ Surrendered ☑ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain ________________ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:

☑ Claimed as exempt ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**None** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❑ YES ❑ NO |

*0* continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: **4/17/2009**

**/s/ Steven Ashley Carroll**
**Steven Ashley Carroll**
Signature of Debtor

**/s/ Terri Balogh Carroll**
**Terri Balogh Carroll**
Signature of Joint Debtor (if any)

B 203
(12/94)

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana

In re: **Steven Ashley Carroll** **Terri Balogh Carroll**

Debtors

Case No. ____________
Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **1,750.00** |
| Prior to the filing of this statement I have received | $ | **1,101.00** |
| Balance Due | $ | **649.00** |

2. The source of compensation paid to me was:

☑ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d) Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e) [Other provisions as needed]

**Fees cover only paragraphs a, b and c.**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

**Any other services outside of paragraphs 5a, 5b and 5c. Such services to be charged at $185.00 per hour.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **4/17/2009**

**/s/Gary L. Dilk**
**Gary L. Dilk, Bar No. 4750-49**

**Gary L. Dilk, Attorney at Law**
Attorney for Debtor(s)

**B 201** (12/08)

UNITED STATES BANKRUPTCY COURT
**SOUTHERN DISTRICT OF INDIANA**

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b) OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a “means test” designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of the Debtor

We, the debtors, affirm that we have received and read this notice.

**Steven Ashley Carroll**
**Terri Balogh Carroll**
Printed Name(s) of Debtor(s)

Case No. (if known) ____________________

X **/s/ Steven Ashley Carroll** **4/17/2009**
**Steven Ashley Carroll**
Signature of Debtor Date

X **/s/ Terri Balogh Carroll** **4/17/2009**
**Terri Balogh Carroll**
Signature of Joint Debtor Date